UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

ALICIA AYERS
ANDREA AYERS
TRACI PROCTOR

                                Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 MJ 3110

Defendant **ANDREA AYERS** hereby voluntarily consents to participate in the following proceeding via **X** videoconferencing or **X** teleconferencing:

**X**    Initial Appearance Before a Judicial Officer

**X**    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

_/s/ Andrea Ayers_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**ANDREA AYERS**
Print Defendant's Name

**/s/ ROYCE RUSSELL**
Defendant's Counsel's Signature

**ROYCE RUSSELL**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**MARCH 23, 2021**
Date

_Judith C. McCarthy_
U.S. District Judge/U.S. Magistrate Judge